**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------------

Peter Jordan, individually and on behalf
of all others similarly situated,

                                 Plaintiff,

             -against-

Sanvall Enterprises, Inc.,

                               Defendant.

------------------------------------------------------------------

Case No. 2:21-cv-03452-JS-SIL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice.

Date: August 12, 2021

                                 Respectfully submitted,

                                 By: */s/ Jason P. Sultzer*
                                 Jason P. Sultzer, Esq.
                                 **THE SULTZER LAW GROUP P.C.**
                                 85 Civic Center Plaza, Suite 200
                                 Poughkeepsie, NY 12601
                                 Tel.: (845) 483-7100
                                 *sultzerj@thesultzerlawgroup.com*

                                 *Counsel for Plaintiff*