**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

FILED
CLERK
3:41 pm, Aug 13, 2021
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

---

Peter Jordan, individually and on behalf
of all others similarly situated,

                              Plaintiff,

       -against-

Sanvall Enterprises, Inc.,

                             Defendant.

Case No. 2:21-cv-03452-JS-SIL

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice.

Date: August 12, 2021

                                Respectfully submitted,

                                By: */s/ Jason P. Sultzer*
                                Jason P. Sultzer, Esq.
                                **THE SULTZER LAW GROUP P.C.**
                                85 Civic Center Plaza, Suite 200
                                Poughkeepsie, NY 12601
                                Tel.: (845) 483-7100
                                *sultzerj@thesultzerlawgroup.com*

                                *Counsel for Plaintiff*

```
The clerk of the Court is respectfully
directed to mark this case CLOSED.
```
                                                SO ORDERED.

```
                                     /s/ JOANNA SEYBERT
 Dated: August 13, 2021              Joanna Seybert, U.S.D.J.
        Central Islip, New York
```